# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139505 (136)

TARA KATHERINE HAMED,
       Plaintiff-Appellee,

v

WAYNE COUNTY and WAYNE COUNTY
SHERIFF'S DEPARTMENT,
       Defendants-Appellants,
and

SERGEANT KENNETH DAWWISH,
CORPORAL NETTI JACKSON, SHERIFF
WARREN C. EVANS, and DEPUTY
REGINALD JOHNSON,
       Defendants.
_____

SC: 139505
COA: 278017
Wayne CC: 03-327525-NZ

On order of the Chief Justice, the motion by Michigan Association for Justice for extension of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2010

Clerk